PROB 12C
(6/16)

Report Date: December 8, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 08, 2016**

SEAN F. MCAVOY, CLERK

Name of Offender: Zachary Robert Cordova    Case Number: 0980 2:12CR06061-004

Address of Offender: ▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 16, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 and 2; Aggravated Identity Theft, 18 U.S.C. § 1028A and 2 | |
| Original Sentence: | Prison 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: December 19, 2015 |
| Defense Attorney: | Nicholas W. Marchi | Date Supervision Expires: December 18, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Zackary Cordova is in violation of his conditions of supervised release by being charged with Burglary 2nd Degree in Franklin County on November 13, 2016.

According to police reports, Pasco police were dispatched to Wal-Mart in Pasco, Washington, on November 13, 2016, for a report of fraudulant activity. Information was provided to police officers that Mr. Cordova and another male were present at the store and returned merchandise to the Pasco Wal-Mart for a refund that was previously stolen from the Richland Wal-Mart. Mr. Cordova was identified as he presented his identification to return the items he brought into the Pasco Wal-Mart. It was noted that Mr. Cordova was trespassed from entering Wal-Mart as of September 6, 2010, and that trespass was active for 99 years for all Wal-Mart properties.

Prob12C
**Re: Cordova, Zachary Robert**
**December 8, 2016**
**Page 2**

Mr. Cordova is alleged to have returned a stolen noodle maker machine and a blender, and was given $258 on a cash card for the return from the Wal-Mart service center.

This case is currently pending in Franklin County Superior Court, case number 16-1-50610-0. It is scheduled for jury trial on January 11, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/08/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/08/2016
Date