PROB 12C
(6/16)

Report Date: December 20, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zackary Robert Cordova | Case Number: 0980 2:12CR06061-SMJ-4 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆ Kennewick, Washington 99336 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 16, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 and 2; Aggravated Identity Theft, 18 U.S.C. § 1028 | |
| Original Sentence: | Prison 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: December 19, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 18, 2018 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/08/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Zackary Cordova is considered in violation of his conditions of supervised release by failing to follow the instructions of the probation officer by failing to report, in person, as directed to the U.S. Probation Office on December 19, 2016. |
| | Mr. Cordova last reported to U.S. Probation on December 5, 2016. Due to Mr. Cordova having pending charges out of Franklin County Superior Court, his reporting requirement was increased to twice per month. Mr. Cordova was directed by the undersigned officer to report, in person, to the U.S. Probation Office on December 19, 2016. Attempts by the undersigned officer to contact Mr. Cordova by phone on December 19 and 20, 2016, were unsuccessful. |

Prob12C
**Re: Cordova, Zackary Robert**
**December 20, 2016**
**Page 2**

It is respectfully recommended that the Court **issue a warrant** and incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court requiring Zackary Cordova to appear to answer to the allegations in the attached petitions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/20/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/21/2016
Date